BENE CLOTT, RESPONDENT, v. THE PRUDENTIAL INSUR-
ANCE COMPANY OF AMERICA, APPELLANT.

Argued February 8, 1935—Decided May 17, 1935.

For the respondent, *George Clott.*

For the appellant, *Perkins, Drewen & Nugent.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-KER, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.